# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

Lacy Wheeler )
Plaintiff )
)
vs. ) Case No. 17-3211-CV-S-MDH
)
Stone Co Mo DSS )
Defendant Mercy Hospital )
administration

## AFFIDAVIT OF FINANCIAL STATUS

I, Lacy Wheeler, declare that I am the plaintiff in this case, that because of my poverty I am unable to pay the costs of these proceedings, and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the information I have given relating to my ability to pay the costs of commencing and prosecuting this action are true.

I. **MARITAL STATUS AND PERSONAL DATA**

   A. Single: ✓   Married: ___   Separated: ___   Divorced: ___

   B. Name of Spouse: _____

   C. Age of plaintiff, petitioner or complainant: 32

   D. Age of spouse: _____

   E. Address of plaintiff, petitioner or complainant: 201 Brown St. Clever MO 65631
      Telephone: 417-340-4993

   F. Address of spouse: _____
      Telephone: _____

G. State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide:

0 Self

## II. EMPLOYMENT

A. Name of employer: N/A

Address of employer: N/A

Employer's telephone: N/A   Length of employment: N/A

Job title or description: N/A

Net Income:   Monthly $ N/A   Weekly $

Gross Income:   Monthly $   Weekly $

Does employer provide health insurance:   Yes____   No____

If employer provides health insurance, describe coverage:

N/A

B. Previous employment (Answer only if presently unemployed)

Name of employer: ~~Ozark~~ Lodge of the falls

Address of employer: N/A

Employer's telephone: N/A   Length of employment: 1 month

Job title or description: Housekeeper / Laundry front

Net Income:   Monthly $ 400.00   Weekly $ 100.00

Gross Income:   Monthly $ 400.00   Weekly $ 100.00

C.  Employment of spouse:

Name of employer: _N/A_

Address of employer: _____

Employer's telephone: _____ Length of employment: _____

Job title or description: _____

Net Income:    Monthly $_____    Weekly $_____

Gross Income:  Monthly $_____    Weekly $_____

III. **FINANCIAL STATUS**
(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

A.  Owner of real property?    Yes____    No ✓

If yes - Description: _____

Address: _____

In whose name? _____

Estimated value: _____

Total amount owed: _____

Owed to: _____

Annual income from property: _____

B.  Owner of automobile: Yes____    No ✓

If yes - Number of automobiles owned: _____

Make_____ Model_____ Year_____

Make_____ Model_____ Year_____

In whose name registered? _____

Present value: _____

Amount owed on the automobile(s): _____

Owed to: _____

Monthly payment(s): _____

C. Cash on hand: (Include checking and savings accounts)

$ 0 _____

List names and addresses of banks and associations:

_____

**Please do not state account numbers.**

D. Have you received within the past 12 months any money from any of the following sources:

|  | Yes | No |
|---|---|---|
| Rent payments, interest or dividends? |  | ✓ |
| Pensions, trust funds, annuities or life Insurance payments? |  | ✓ |
| Gifts or inheritances? |  | ✓ |
| Welfare Payments? |  | ✓ |
| ADC or other governmental child support? |  | ✓ |
| Unemployment benefits? |  | ✓ |
| Social Security Benefits |  | ✓ |
| Other sources? |  | ✓ |

E. If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:

_____

_____

_____

IV. OBLIGATIONS

A. Monthly rental on house or apartment: 0

B. Monthly mortgage payments on house: 0

Amount of equity in house: 0

C. Monthly mortgage payments on other properties: $ 0

Amount of equity in other properties: $ 0

D. Household expenses: 0

Monthly grocery expense: 0

Monthly utilities:

Gas: 0

Electric: 0

Water: 0

Other: (Specify) 0

E. Other debts and miscellaneous monthly expenses:

| To whom owed and for what reason incurred? | Monthly Payments | Balance Due |
|---|---|---|
| Rent / room mate | 100 | 150.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

V. **OTHER INFORMATION PERTINENT TO FINANCIAL STATUS**
(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).

_____

_____

_____

_____

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

_____
Signature of Plaintiff or Plaintiffs

## VERIFICATION

State of _____ )
                                          )
County of _____ )

I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

_____
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this _____ day of _____, 20 ___

_____
Notary Public

_____
My Commission Expires