# UNITED STATES DISTRICT COURT
# ~~EASTERN~~ Western DISTRICT OF MISSOURI
# _____ DIVISION

Lacy A. Wheeler )
201 Brown St )
Clever, MO 65631 )
(Enter above the full name of the Plaintiff[s] )
in this action.) )
) )
) )
) Case No. 17-cv-3211-MDH
- vs - )
Stone County MO ) (To be assigned by Clerk
Childrens Division ) of District Court)
_____ )
Mercy Hospital )
administration )
(Enter above the full name of ALL Defend- )
ant[s] in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of all the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

**COMPLAINT** Request for injunction

I. State the grounds for filing this case is Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Plantiff, Lacy A Wheeler Civil Right's were violated. More specifically known as. U.S. Constitutional Bill of Right Amendments, four, five, six, an 7th. Her 14th Amendment under The Citizenship Clause. Also 45 CFR Part 160 and sub parts A and E of part 164. were violated by all defendants listed in this case.

II. Plaintiff, Lacy Wheeler resides at 201 Brown St, Clever, Christian, MO, 65631, 417-606-0569

street address / city / county
state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, Stone Co Childrens division lives at, or its business is located at 30832 State Hwy 413 Galena, Stone, MO, 65656

street address / city / county
state / zip code

(if more than one defendant, provide the same information for each defendant below)

Notice Attachments for defendants



Name: Jill Braden
Job or Title (if known): Chief Juvenile Officer
Street Address: 309 E Cleveland Ave
City and County: Monett / Barry County
State and Zip Code: Missouri / 65708
Telephone Number: 417-235-6245
E-mail Address (if known):

Defendant No. 2

Name: Shannon Doyle
Job or Title (if known): Chief Deputy Juvenile Officer
Street Address:
City and County: 39th Circuit / Stone County
State and Zip Code: Missouri / 65656
Telephone Number:
E-mail Address (if known):

Defendant No. 3

Name: Judge Mark Stephens
Job or Title (if known): Associate Circuit Judge
Street Address: 110 S Maple St / Stone County
City and County: Galena
State and Zip Code: Missouri / 65656
Telephone Number: 417-357-6114
E-mail Address (if known):

Defendant No. 4

Name: Garrett Norelle
Job or Title (if known): 39th Circuit manager
Street Address:
City and County: Galena / Stone County
State and Zip Code: Missouri / 65656
Telephone Number: 417-357-6118
E-mail Address (if known):

Ad Litem J. Patrick Sullivan
Galena / Stone County
16585 St. Hwy 13  STED
Branson West
Missouri / 65737
417-272-1444

Cheri Norton
Foster Parent

Darlene Parrigon
DSS Attorney
39th Circuit Juvenile Office
PO Box A
Pierce City MO 65723

Cheryl Titsworth
Office Supervisor
Galena / Stone County
Missouri / 65656
417-357-3083

Samantha J Phillips
Deputy Court Clerk
Galena / Stone County
Missouri / 65656
417-357-3088

Tynee Johnson CSSI
34th Circuit Childrens division
Galena / Stone County
missouri / 65656
417-357-6118 ext 243

Renee Wilson CDWIII
contracted Case management oversight Specialist
Galena / Stone County
missouri / 65656
417-357-6118 ext 240

Crystal Kennedy
Childrens divison

Ad Litem Mark Rundell
Galena / Stone County
missouri / 65656

Jessie Davis
Greene CO Division of Social Services

Judge Alan Blankenship
Associate circuit Judge
Galena / Stone County
PO Box 156
missouri / 65656

Teri Armistead
Office of the Child Advocate

Tessa Decosta
DSS Supervisor

Kary Brichacek
DSS Supervisor

Wren Armstrong
Contracted Caseworker

Anna Latham
Caseworker

Springfield Partners LLC
Contracted Placing Agency

Missouri Governor
Eric Greitens
PO Box 720
Jefferson City MO, 65102

Missouri Attorney General
Josh Hawley
PO Box 899
Jefferson City MO 65102

Mercy Hospital Risk Managment
Anita Sandwell

Mercy Hospital administration
Dr. Allen Starrow

Mercy Health Information Managment

Mercy Care Managment

Mercy Security and Privacy

Mercy Hospital Directors

Elizabeth S. Andrews M.D

John Borsom M.D.

Mercy Director of Materials managment

Greene CO MO Department of Social Services

Missouri State Department of Social Services

Missouri State Family Support Division

Paula D Nelson
LCSW
Mercy Care Managment
417-820-2143

Kimberly Harms
LCSW
Mercy Social Worker
417-820-7941

Amelia KLO
MSW Social Worker
417-838-7680

Jennifer Denny Hill
LCSW
417-838-7513

Shelia Dullum
Mercy Social Worker

Mercy Hospital
Mother and baby unit 5A

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary): Take notice to highlighted area from partial documents of medical records, and attached copies of forms from prior meetings, and hearings

3

On the day of July 28th 2016,

Portraying the role of their employee status, and standing in representation of The Missouri Department of Social Services, and Juvenile Department. Jill Braden, Shannon Doyle, and Jessica Wren Armstrong Aka Wren Armstrong, among many others Staled in the Complaint. Willfully and knowingly initiated the Start of a Protective Custody Order. The Custody order was void, upon arrival, and without due Process, also without lawful Jurisdiction. Through further investigation, and with the Substianted proof, along with Supporting documentation; The Courts can be made aware of the defendants and their roles and participation in the illegal implementation of an Emergecy Protective Custody case. The repetitive unJustifiable Conduct Started with the CS-33 form, the only form Wren had when She arrived at the hospital

①

a void act cannot legally be consistent with a valid one, the CS-33 form was expired and never signed by a Judge. The CS-33 form was insufficient where it merely parroted statutory language without specifying any act or violation. Hospital Administration becomes responsible for retaining custody until the next regular weekday session of family court. It was on a Saturday when wren demanded to take the baby. Social Service law states that "In no event shall an employee of the Division upon their own remove a child, That power is vested in the Juvenile officer, or police officer. It is also current federal regulation "In efforts to prevent Placement" before removal of a child attempts should be made to strengthen and rehabilitate the family. No Efforts were afforded on their behalf, efforts were offered on my behalf but disreguarded.

②

In uniform Business Records Acts It states Before children can be removed from a home, Parents and children have the right to an impartial hearing before an impartial Judge. Also lab results are beyond any caseworkers area of expertize. Giving professional opinion beyond ones area of expertize is a clear violation of Professional ethics, such as the use of labwork results on the CS-33 form, and take notice to the nurses notes in my medical record where Wren stated that the baby was medically sound for discharge, and demanded Dr. Andrews discharge the infant.

The National Center for Substance abuse and Child Welfare Policy, states that drug testing alone cannot determine the existance or absence of a substance abuse or use disorder, In addition drug test do not provide sufficent information for substaining allegations of child abuse or neglect or for making decisions about the dispisitions of a case including removal reunification or terminitation.

③

These incidents are just merely a few from numerous wrong doings to an expecting mothers worst nightmare, made into reality. Based on these findings, I ask the court to further investigate, and grant myself to proceed in Forma Pauperis, and that an order of protection be granted to me, to restrain Missouri Department of Social Services and Mercy Hospital administration until further notice. My Civil Rights were violated under the U.S Constitutional Bill of Rights Amendments four, five, six and 7th under the 14th Amendment The Citizenship Clause, Also 45 CFR Part 160 and Sub parts A and E of part 164, were all violated by all defendants listed in this case.

*[signature]* Jay Wheeler
07/07/17

④