

*Missouri Department of*
# SOCIAL SERVICES
*Your Potential. Our Support.*

JEREMIAH W. (JAY) NIXON, GOVERNOR • Brian Kinkade, DIRECTOR

CHILDREN'S DIVISION
GARRETT NORELL, 39TH CIRCUIT MANAGER
PHONE · P.O. BOX 528 · AURORA, MO 56505
WWW.DSS.MO.GOV · 417-678-4138 · 417-678-6642

July 29, 2016

RE: Contracted Case Management Replacement Case

CHILD: **Whitely, Hayden Dodge**
BIRTHDATE: 07/28/2016
DCN: 65220477

TO WHOM IT MAY CONCERN:

The above name child is in the custody of the Missouri Department of Social Services, Children's Division, and is assigned to **Springfield Partners** for Case Management services effective **July 28, 2016.**

Case Managers are responsible for providing case planning and services to foster children and are authorized to enroll children in school, to seek routine medical care, give authorization for treatment and obtain documents regarding the family and child, including medical records, birth certificates and school records.

Renee Wilson, CDWIII                              Phone: 417-357-6118  ext 240
Contracted Case Management
Oversight Specialist

Tynee Johnson, CSSI                              Phone: 417-357-6118  ext 243
Contracted Case Management
Oversight Specialist Supervisor

If you have any questions, please feel free to contact the liaison worker or supervisor.

This authorization does not extend to surgical procedures requiring Emergency Surgery or General Anesthesia.



| Judge or Division: Stephens | Case Number: 16SN-JU000020 |
|---|---|
| In the Interest of:<br><br>Hayden Dodge Whiteley | Juvenile / Family Court Address: |

**FILED**

AUG 0 1 2016

STONE CO. CIRCUIT CLERK

(Date File Stamp)

| ☐ Male | DOB: 7/28/16 |
|---|---|
| ☑ Female | Age: _____ |

## Order of Court Following Protective Custody Hearing (HRPT)

Now on this __8/1/16__ (date) the following parties appear:

☐ Juvenile _Hayden Whiteley_  
☑ Mother _Lacy Wheeler_  
☐ Mother _____  
☐ Father _Zachary Whitley_ —  
☐ Father _____  
☐ Father _____  
☑ Children's Division _Crystal Kennedy_  
☑ Juvenile Officer _Shannon Doyle_  
☐ Foster parent/s _____  
☑ Other _Wren Armstrong, Springfield Partners_  
☐ Other _____

☑ Guardian Ad Litem _Mark Rundel_  
☐ Counsel for Mother _____  
☐ Counsel for Mother _____  
☐ Counsel for Father _____  
☐ Counsel for Father _____  
☐ Counsel for Father _____  
☐ Council for Children's Division _____  
☑ Counsel for Juvenile Officer _Darlene Parrigon_  
☐ Counsel for Foster parent _____  
☐ Other _____  
☐ Other _____

Case 6:17-cv-03211-MDH  Document 1-3  Filed 07/17/17  Page 2 of 28

**Hearing called.**

_____ All parties appearing without counsel knowingly, voluntarily, and intelligently **waived** counsel and the Court approved said waiver/s.

The Court takes judicial notice of the contents of its own file and considers the evidence presented at this hearing and finds:

☑ It is necessary for the juvenile to remain in protective custody.

☐ It is **not** necessary for the juvenile to remain in protective custody. **(DVJUR)**

Pursuant to the provisions of Title IV-E of the Social Security Act, the Court finds that:

☐ The first contact with the juvenile's family occurred during an emergency in which the juvenile could not safely remain at home and continuation of the juvenile in the home was contrary to the welfare of the juvenile. Therefore, it was reasonable to remove the juvenile due to the emergency circumstances.

☑ Reasonable efforts were made to keep the juvenile in the home but continuation of the juvenile in the home is contrary to the welfare of the juvenile.

☐ Reasonable efforts to prevent removal from the juvenile's home were **NOT** made, but reasonable efforts are now being made to return the juvenile to the home. Further, continuation of the juvenile in the home is contrary to the welfare of the juvenile.

☑ Juvenile may not remain in the home because it would be contrary to the juvenile's welfare for the following reasons: _____

   ☐ Neglect by _____

   ☐ Physical abuse by _____

   ☐ Sexual abuse by _____

   ☐ Unsanitary living conditions _____

   ☐ Continued need for psychological services for _____

   ☑ Substance abuse by _natural mother_

   ☐ Parents have failed to rectify situation that originally brought the juvenile into care

☑ The following reasonable efforts to prevent removal are as follows:

   ☐ Family Centered Services    ☐ Intensive In Home Services    ☐ Individual/Family Counseling

   ☐ Anger Management    ☐ Safety Plan    ☐ Relative Placement

   ☐ Other _____

   ☑ All services and efforts listed on page/s _____ of Missouri Children's Division report dated _____

FILED

AUG 0 1 2016

**Accordingly, the Court enters the following order:**

☑ Until further order of the Court, the juvenile is continued in protective custody and in the temporary legal and physical custody of:

    ☑ Children's Division for suitable placement who shall have the duty and be authorized to provide for the necessary food, clothing, shelter, medical are, education, treatment and discipline of the above captioned juvenile.

    ☐ other_____.

☑ The juvenile is continued in protective custody with _____ScMCD_____ until further order of the Court.

☑ **Physical placement** is hereby returned to/placed with _____Sc McO_____ until further order of the Court.

☐ The written service agreement is approved and the parties are ordered to perform its terms.

☐ The juvenile is ordered released forthwith to:

    ☐ mother    ☐ custodian: _____

    ☐ father    ☐ other suitable person: _____

☐ other: _____

_____

**Visitation**

☑ Visitation is suspended *until NM completes a 30 day Re-hab.*

☐ Visitation is provided _____

_____

☑ Jurisdictional Hearing (SCAJ)/Dispositional Hearing (SCDP) shall be held on the _12th_ day of _September_ 2016, at _10:50_ o'clock a.m./~~p.m.~~

    ☐ Circuit Clerk is to issue summons for the parent(s)/custodian(s) and have same served upon him/her/them for the court hearing set for (see above).

    ☑ Costs waived/~~taxed against~~ _____

    ☐ Other: _____

    ☐ The following delay code (*See attached*) needs to be entered by Circuit Clerk: _____

_8-1-16_

**FILED**

AUG 0 1 2016

STONE CO. CIRCUIT CLERK





**JUL 2 9 2016**

**STONE COUNTY**

**Mercy Hospital**
Mother Baby Unit 5A
1235 E. Cherokee
Springfield, MO 65804
417-820-2348 phone | 417-820-7884 fax

**Protected Health Information**
**Fax Cover Sheet**

TO: _Teneé / Stone County Children's Division_

FAX NUMBER: _417-357-8401_          Phone Number: _____

Physician's (Recipient) Name: _____

Person requesting information: _____ Today's Date: _7-29-16_

FROM:

Person faxing information: _Jennifer Hill-Denney, LCSW_

Department of person faxing information: _____

Phone Number: _____          Fax Number: _____

PATIENT NAME: _Hayden_                   Date of Birth: _____

Date of Service: _____          Total number of pages including cover sheet: _____

**What information is being requested? (Check the appropriate boxes below)**

☑ Continuity of Care    ☐ Payment    ☐ Other (specify)_____

**Information considered minimum necessary at Mercy:**

| | | |
|---|---|---|
| ☐ H&P | ☐ Consultation | ☐ Path Report |
| ☐ Radiology Report | ☐ Billing | ☐ ER Report |
| ☐ Discharge Summary | ☐ Progress Notes | ☐ Clinic Notes |
| ☑ Lab Report | ☐ Operative Report | ☐ Medications |

COMMENTS: _____

_____

_____

**NOTICE OF CONFIDENTIALITY**

The documents accompanying this facsimile transmission contain confidential information belonging to the sender, which is legally and/or medically, privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any of the contents of this facsimile information is strictly prohibited. If you have received this facsimile transmission in error, please immediately notify us by telephone to arrange for return of the document to us.

This information has been disclosed to you from records whose confidentiality is protected by US Federal Regulation (42CFR, Part 2) that prohibits you from taking any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such Regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

THIS IS **NOT** A MEDICAL RECORD AUTHORIZATION. FILE → TO THE PATIENT'S RECORDS.

WHITLER, LACY A (MRN 140716007/6)

| | 3 12/9/2015 1531 | | 2 7/11/2016 1855 | | 1 7/28/2016 1529 | |
|---|---|---|---|---|---|---|
| TOX, URINE | | | | | | |
| AMPHETAMINE QUAL, ... | Negative * | | Presumptive Po... * | § | Negative * | |
| BARBITURATE QUAL, ... | Negative * | | Negative * | | Negative * | |
| BENZODIAZEPINE QUA | Negative * | | Negative * | | Negative * | |
| CANNABINOIDS QUAL.... | Negative | | Negative | | Presumptive Po... | § |
| COCAINE QUAL URINE | Negative * | | Negative * | | Negative * | |
| METHADONE QUAL, URINE | Test Not Included * | § | Test Not Included * | § | | |
| METHAMPHETAMINE QU... | Presumptive Po... * | § | Presumptive Po... * | § | | |
| OPIATE QUAL, URINE | Negative * | | Negative * | | Negative * | |
| OXYCODONE QUAL, URINE | Negative * | | Negative * | | | |
| PCP QUAL, URINE | Negative * | | Negative * | | Negative * | |
| PROPOXYPHENE QUAL... | Negative * | § | Negative * | | | |
| TRICYCLICS QUAL, U... | Test Not Included * | § | Test Not Included * | § | | |

RECEIVED

JUL 2 9 2016

STONE COUNTY

MERCY HOSPITAL SPRINGFIELD
1235 E. Cherokee St.
Springfield MO 65804-2203

WHEELER,LACY ANN
MRN: E1401600776
DOB: 4/10/1984, Sex: F
Adm: 7/28/2016, D/C: 7/30/2016

## Lab Orders and Results (07/28/16 - 07/30/16) (continued)

### DRUG SCREEN, URINE [302405773] (continued)

Electronically cosigned by Arauco, Carlos, MD 07/28/16 1649 for Ordering

Lab status: Final result        Instance released by: Ulm, Heather, RN (auto-released)
7/28/2016 2:27 PM

#### Specimen Information

| Type | Source | Collected By |
|------|--------|--------------|
| Urine | Urine, clean catch | Snodgrass, Lori L., RN 07/28/16 1529 |

Final result, Resulted on: 07/28/16 1625 (Abnormal)

Ordering provider: Arauco, Carlos, MD 07/28/16 1427    Order status:   Completed
Resulting lab:      MERCY LABORATORY SERVICES
- SPRINGFIELD

Narrative:

All urine drug testing is performed by Immunoassay for screening purposes. Unconfirmed results are for medical
purposes only. False positive and erroneous results can occur due to cross-reacting substances and other
factors. Confirmation of all presumptive positive results by a more specific alternate method requires an
additional order from the provider.

Drug:            Screening Cutoff Threshold:
Amphetamine/Methamphetamine: 1000 ng/mL
Barbiturates:       200 ng/mL
Benzodiazepines:     200 ng/mL
Cannabinoids:       50 ng/mL
Cocaine Metabolites:     300 ng/mL
Opiates:      300 ng/mL
Phencyclidine:     25 ng/mL

#### Specimen Information

| ID | Type | Source | Collected By |
|----|------|--------|--------------|
| 16SP-210C1019 | Urine | Urine, clean catch | Snodgrass, Lori L., RN 07/28/16 1529 |

#### Components

| | Value | Reference Range | Flag | Lab |
|---|-------|-----------------|------|-----|
| AMPHETAMINE QUAL, URINE | Negative | Negative | | SPRG LAB |
| BARBITURATE QUAL, URINE | Negative | Negative | | SPRG LAB |
| BENZODIAZEPINE QUAL, URINE | Negative | Negative | | SPRG LAB |
| COCAINE QUAL URINE | Negative | Negative | | SPRG LAB |
| OPIATE QUAL, URINE | Negative | Negative | | SPRG LAB |
| CANNABINOIDS QUAL, URINE | Presumptive Positive | Negative | A | SPRG LAB |
| PCP QUAL, URINE | Negative | Negative | | SPRG LAB |
| CREATININE, URINE | 293.0 | 29.0-226.0 mg/dL | H | SPRG LAB |

Comment:
Reference Range varies with fluid intake and diet.

SPRG HEALTH INFORMATION
MANAGEMENT
1235 E. Cherokee St.

WHEELER,LACY ANN
MRN: E1401600776

Printed by 13761 at 10/21/16 4:02 PM

Case 6:17-cv-03211-MDH   Document 1-3   Filed 07/17/17   Page 7 of 28

MERCY HOSPITAL SPRINGFIELD
1235 E. Cherokee St.
Springfield MO 65804-2203

WHEELER,LACY ANN
MRN: E1401600776
DOB: 4/10/1984, Sex: F
Adm: 7/28/2016, D/C: 7/30/2016

## Non-Physician Notes (continued)

**Care Plan by Hill Denney, Jenifer J., LCSW at 7/29/2016 11:43 AM (continued)**                    Version 1 of 2

Social work consult received for this mother who had a positive UDS for meth 7/11/16 and 12/9/15, positive for cannabinoids at delivery, and does not have custody of other children. I spoke with mom Lacy and her friend/roommate and confirmed that someone from Children's Division saw her last night, for the Newborn Crisis Assessment. She verbalized that the concern is related to positive drug tests but that it was a false positive due to her medication. They verbalized having necessary baby items. She plans to move to Oklahoma. Lacy denied need for any community resource information.

Phone calls to Christian county, Taney county, and Lawrence County Children's Divisions to try to speak with Crystal Kennedy who was on call last night for the circuit and was assigned. I spoke with supervisor, Gabriel, from Lawrence county and confirmed that the family address in Billings is in Stone County. He said the juvenile office for Stone county plans to take custody of the baby. He said I will be faxed custody paperwork today. I will request that Children's Division inform mother of baby when custody is taken.

Jenifer Hill-Denney, MSW LCSW
Mercy Mobile phone 417-838-7513

Electronically signed by Hill Denney, Jenifer J., LCSW at 7/29/2016 11:43 AM

**Care Plan by Lo, Amelia K, MSW at 7/29/2016 6:45 PM**                                           Version 1 of 1

Author: Lo, Amelia K, MSW          Service: (none)                      Author Type: Social Worker
Filed: 7/29/2016 6:49 PM           Note Time: 7/29/2016 6:45 PM         Status: Signed
Editor: Lo, Amelia K, MSW (Social Worker)

**MSWS Note:**

SW continuing to follow this patient/baby on 5A MOTHER BABY.

TC from Kary Brichacek at Springfield Partners: baby is okay to stay with biological mother to bond. Kary has notified Wren Armstrong, FCCM, who will do an onsite assessment this evening. If Wren must remove baby from the room, Mercy Safety and Security to stand by (Safety and Security notified).

I have provided an update to the pt/baby RN, Crystal.

SW to remain available to assist with disposition needs as appropriate.

Amelia Lo, LMSW
Social Worker
417-838-7680
Fax: 417-820-5484

Electronically signed by Lo, Amelia K, MSW at 7/29/2016 6:49 PM

**Care Plan by Lo, Amelia K, MSW at 7/29/2016 7:33 PM**                                           Version 1 of 1

SPRG HEALTH INFORMATION
MANAGEMENT
1235 E. Cherokee St.

WHEELER,LACY ANN
MRN: E1401600776

Printed by 13761 at 10/21/16 4:02 PM

MERCY HOSPITAL SPRINGFIELD
1235 E. Cherokee St.
Springfield MO 65804-2203

WHEELER,LACY ANN
MRN: E1401600776
DOB: 4/10/1984, Sex: F
Adm: 7/28/2016, D/C: 7/30/2016

## Non-Physician Notes (continued)

**Care Plan by Harms, Kimberly S, LCSW at 7/30/2016  4:34 PM (continued)**      Version 1 of 1

Office:  417-820-7941
Cell:  417-844-6648


Electronically signed by Harms, Kimberly S, LCSW at 7/30/2016  4:34 PM

**Care Plan by Nelson, Paula D., LCSW at 7/30/2016  6:59 PM**      Version 1 of 1

Author: Nelson, Paula D., LCSW      Service:  (none)                    Author Type:  Social Worker
Filed: 7/30/2016  7:50 PM           Note Time: 7/30/2016  6:59 PM       Status:  Signed
Editor:  Nelson, Paula D., LCSW (Social Worker)


Received report from daytime on-call Social Worker, Nicole, at shift change of on going situation on 5A re:State of Missouri,  taking custody of baby, Hayden Dodge Whitely, as a result of a hotline.
Came to the floor and met with mother/baby's Nurse, Crystal, who provided update and needing clarity as to discharge the baby or not to, Mo Children's Division Worker, Wren Armstrong.
Pt and family in room are arguing that the Mo Travel Letter provided, stated that,"Children's Division Alternative Care Placement Begins 7-29-16 at 12:50pm" to "CD Alternative Care Placement ends 7-30-16 at 12:50pm". They did not feel that the State had the legal right to take custody after that time and date.
 I discussed outside of room with Wren, Mo CD worker, and she has provided: Travel Letter, Request For Intervention form, her picture ID and picture ID of Foster Parent's, also present. I have placed these forms in pt and baby's chart.
Because of the questioning re: CD worker taking custody after July 30th,2016:7:30pm, Wren Armstrong, downloaded a form from Missouri Department of Social Services, that does state that baby girl, Hayden Dodge Whitely, is listed as custody of the state, and assigned to Springfield Partners (for case management services) effective July 28th,2016. This form was provided to pt's Nurse, Crystal, & has also been placed in mother's and baby's chart. I provided a copy to MOB, Lacy Wheeler. Nurse, Crystal, confirmed with baby's physician, that she is medically clear for discharge, and taken into custody of the CD representative, Wren Armstrong.
Paula Nelson,LCSW
Mercy Care Management
417-820-2143
417-838-7544

Electronically signed by Nelson, Paula D., LCSW at 7/30/2016  7:50 PM


## Nursing Notes

**Care Plan by Wright, Tiffany N, RN at 7/28/2016  9:51 PM**      Version 1 of 1

Author: Wright, Tiffany N, RN       Service:  (none)                    Author Type:  Registered Nurse
Filed: 7/28/2016  9:51 PM           Note Time: 7/28/2016  9:51 PM       Status:  Signed
Editor:  Wright, Tiffany N, RN (Registered Nurse)

SPRG HEALTH INFORMATION
MANAGEMENT
1235 E. Cherokee St.

WHEELER,LACY ANN
MRN: E1401600776

Printed by 13761 at 10/21/16  4:02 PM

RECEIVED

AUG 0 8 2016

STONE COUNTY

MERCY HOSPITAL SPRINGFIELD
1235 E. Cherokee St.
Springfield MO 65804-2203

WHITELEY,HAYDEN DODGE
MRN: E1404097224
DOB: 7/28/2016, Sex: F
Adm: 7/28/2016, D/C: 7/30/2016

## History and Physical (continued)

**H&P by Burson, John M, MD at 7/29/2016 8:39 AM (continued)**                    Version 1 of 1

- High risk social situation                          07/29/2016
- Limited prenatal care                               07/29/2016
  *Overview Note:*
  Labs pending


**Plan (see Newborn Admit Orders):**

1. Anticipatory guidance to be provided.

2. Screening tests:
     State newborn metabolic screen to be done prior to discharge
     Hearing Screening prior to discharge

3. Continue with routine newborn care per newborn protocols.

4. DFS involved. Final dispo pending

Electronically signed by Burson, John M, MD at 7/29/2016 8:42 AM


## Consult Notes

**Consults by Nelson, Paula D., LCSW at 7/30/2016 7:54 PM**                     Version 1 of 1

Author: Nelson, Paula D., LCSW        Service: (none)              Author Type: Social Worker
Filed: 7/30/2016 7:54 PM              Note Time: 7/30/2016 7:54 PM    Status: Signed
Editor: Nelson, Paula D., LCSW (Social Worker)


| Nelson, Paula D., LCSW | Social Worker | Signed | | Care Plan | 7/30/2016 6:59 PM |
|---|---|---|---|---|---|

Expand All Collapse All

Received report from daytime on-call Social Worker, Nicole, at shift change of on going
situation on 5A re:State of Missouri, taking custody of baby, Hayden Dodge Whitely, as
a result of a hotline.
Came to the floor and met with mother/baby's Nurse, Crystal, who provided update and
needing clarity as to discharge the baby or not to, Mo Children's Division Worker, Wren
Armstrong.
Pt and family in room are arguing that the Mo Travel Letter provided, stated
that,"Children's Division Alternative Care Placement Begins 7-29-16 at 12:50pm" to "CD
Alternative Care Placement ends 7-30-16 at 12:50pm". They did not feel that the State
had the legal right to take custody after that time and date.
I discussed outside of room with Wren, Mo CD worker, and she has provided: Travel

SPRG HEALTH INFORMATION
MANAGEMENT
1235 E. Cherokee St.

WHITELEY,HAYDEN DODGE
MRN: E1404097224

Case 6:17-cv-03211-MDH   Document 1-3   Filed 07/17/17   Page 10 of 28

RECEIVED

AUG 08 2016

STONE COUNTY

MERCY HOSPITAL SPRINGFIELD
1235 E. Cherokee St.
Springfield MO 65804-2203

WHITELEY,HAYDEN DODGE
MRN: E1404097224
DOB: 7/28/2016, Sex: F
Adm: 7/28/2016, D/C: 7/30/2016

**Care Plan by Hill Denney, Jenifer J., LCSW at 7/29/2016 11:33 AM (continued)**

Jenifer Hill-Denney, MSW LCSW
Mercy Mobile phone 417-838-7513

Electronically signed by Hill Denney, Jenifer J., LCSW at 7/29/2016 11:42 AM

Version 1 of 1

**Care Plan by Lo, Amelia K, MSW at 7/29/2016 6:49 PM**          Author Type:  Social Worker
  Author: Lo, Amelia K, MSW          Service:  (none)          Status:  Signed
  Filed: 7/29/2016 6:49 PM          Note Time:  7/29/2016 6:49 PM
  Editor:  Lo, Amelia K, MSW (Social Worker)

**COPIED FROM MOTHER'S CHART::**

**MSWS Note:**

SW continuing to follow this patient/baby on 5A MOTHER BABY.

TC from Kary Brichacek at Springfield Partners: baby is okay to stay with biological mother to bond. Kary has notified Wren Armstrong, FCCM, who will do an onsite assessment this evening. If Wren must remove baby from the room, Mercy Safety and Security to stand by (Safety and Security notified).

I have provided an update to the pt/baby RN, Crystal.

SW to remain available to assist with disposition needs as appropriate.

Amelia Lo, LMSW
Social Worker
417-838-7680
Fax: 417-820-5484

Electronically signed by Lo, Amelia K, MSW at 7/29/2016 6:49 PM

Version 1 of 1

**Care Plan by Lo, Amelia K, MSW at 7/29/2016 7:50 PM**          Author Type:  Social Worker
  Author: Lo, Amelia K, MSW          Service:  (none)          Status:  Signed
  Filed: 7/29/2016 7:51 PM          Note Time:  7/29/2016 7:50 PM
  Editor:  Lo, Amelia K, MSW (Social Worker)

**COPIED FROM MOTHER'S CHART::**

the "DPOA over"

MERCY HOSPITAL SPRINGFIELD
1235 E. Cherokee St.
Springfield MO 65804-2203

WHEELER,LACY ANN
MRN: E1401600776
DOB: 4/10/1984, Sex: F
Adm: 7/28/2016, D/C: 7/30/2016

## Nursing Notes (continued)

**Care Plan by Wright, Tiffany N, RN at 7/28/2016  9:51 PM (continued)**      Version 1 of 1
**Problem: Labor (Obstetrics)**
**Goal:** Prevent/Manage Potential Problems
Signs and symptoms of listed problems will be absent or manageable.
**Outcome:** Completed **Date Met:**  07/28/16


Electronically signed by Wright, Tiffany N, RN at 7/28/2016  9:51 PM

**Progress Notes by Wright, Tiffany N, RN at 7/28/2016 10:17 PM**      Version 1 of 1

| | | |
|---|---|---|
| Author:  Wright, Tiffany N, RN | Service:  (none) | Author Type:  Registered Nurse |
| Filed:  7/28/2016 10:30 PM | Note Time:  7/28/2016 10:17 PM | Status:  Signed |
| Editor:  Wright, Tiffany N, RN (Registered Nurse) | | |


**HOTLINE NOTE**


**Call Indicated for: UDS positive, has no custody of other children, FOB in jail.**


**Drug Screen:**
Lab Results

| Component | Value | Date/Time |
|---|---|---|
| AMPHETAMINE QUAL, URINE | Negative | 07/28/2016 03:29 PM |
| BARBITURATE QUAL, URINE | Negative | 07/28/2016 03:29 PM |
| BENZODIAZEPINE QUAL, URINE | Negative | 07/28/2016 03:29 PM |
| CANNABINOIDS QUAL, URINE | Presumptive Positive* | 07/28/2016 03:29 PM |
| OPIATE QUAL, URINE | Negative | 07/28/2016 03:29 PM |
| COCAINE QUAL URINE | Negative | 07/28/2016 03:29 PM |
| PCP QUAL, URINE | Negative | 07/28/2016 03:29 PM |


Hotline call placed 7/28/2016
Report given to  Shalina, ID# 43704
Mercy Care Management Social Services notified yes at (417) 820-3462 per policy.
Dr. Dawn Steiner informed of positive drug screen
Infant Meconium and Urine drug screen in progress.

SPRG HEALTH INFORMATION
MANAGEMENT
1235 E. Cherokee St.

WHEELER,LACY ANN
MRN: E1401600776

Printed by 13761 at 10/21/16  4:02 PM

Case 6:17-cv-03211-MDH   Document 1-3   Filed 07/17/17   Page 12 of 28

MERCY HOSPITAL SPRINGFIELD
1235 E. Cherokee St.
Springfield MO 65804-2203

WHEELER,LACY ANN
MRN: E1401600776
DOB: 4/10/1984, Sex: F
Adm: 7/28/2016, D/C: 7/30/2016

## Non-Physician Notes (continued)

**Care Plan by Lo, Amelia K, MSW at 7/29/2016 7:33 PM (continued)**                              Version 1 of 1

Author: Lo, Amelia K, MSW      Service: (none)              Author Type: Social Worker
Filed: 7/29/2016 7:50 PM       Note Time: 7/29/2016 7:33 PM    Status: Signed
Editor: Lo, Amelia K, MSW (Social Worker)

**MSWS Note:**

SW paged by RN, Debbie, noting that someone in the patient's room has stated that they are the "DPOA over" this person is stating that "people from Social Services are not permitted" to speak to the pt without this ancillary person present.

The pt does NOT have anyone listed on her PHI at this time per the Charge RN.

Unless the pt has been formally deemed "incompetent" or a notarized legal DPOA explicitly states the above, staff and appropriate providers can contact the pt without this person being present.

This ancillary person is able to furnish this document if they feel so strongly.

Safety and Security may be available to stand by if this situation escalates.

SW to follow.

Amelia Lo, LMSW
Social Worker
417-838-7680
Fax: 417-820-5484


Electronically signed by Lo, Amelia K, MSW at 7/29/2016 7:50 PM

**Care Plan by Harms, Kimberly S, LCSW at 7/30/2016 4:34 PM**                              Version 1 of 1

Author: Harms, Kimberly S, LCSW   Service: (none)              Author Type: Social Worker
Filed: 7/30/2016 4:34 PM       Note Time: 7/30/2016 4:34 PM    Status: Signed
Editor: Harms, Kimberly S, LCSW (Social Worker)


SWS NOTE:
Received call from nurse caring for MOB and baby today. She indicates MOB upset stating she does not know what is going on. I called the Springfield Partners/Alternative care worker Wren who told me to call the on call worker at 827-8203 which I did. She will call the MOB and review with her the plan. Once that is done she is to call me back and let me know we can proceed with notifying the foster mother and arrange to discharge the baby.

Addendum: Springfield Partners/Alternative Care worker did come and talk with MOB today. Nursing told me MOB and baby will not discharge until tomorrow.
Kim Harms, MSW, LCSW

MERCY HOSPITAL SPRINGFIELD
1235 E. Cherokee St.
Springfield MO 65804-2203

WHEELER,LACY ANN
MRN: E1401600776
DOB: 4/10/1984, Sex: F
Adm: 7/28/2016, D/C: 7/30/2016

## Non-Physician Notes (continued)

**Care Plan by Hill Denney, Jenifer J., LCSW at 7/29/2016 11:43 AM (continued)**     Version 2 of 2

cannabinoids at delivery, and does not have custody of other children. I spoke with mom Lacy and her friend/roommate and confirmed that someone from Children's Division saw her last night, for the Newborn Crisis Assessment. She verbalized that the concern is related to positive drug tests but that it was a false positive due to her medication. They verbalized having necessary baby items. She plans to move to Oklahoma. Lacy denied need for any community resource information.

Phone calls to Christian county, Taney county, and Lawrence County Children's Divisions to try to speak with Crystal Kennedy who was on call last night for the circuit and was assigned. I spoke with supervisor, Gabriel, from Lawrence county and confirmed that the family address in Billings is in Stone County. He said the juvenile office for Stone county plans to take custody of the baby. He said I will be faxed custody paperwork today. I will request that Children's Division inform mother of baby when custody is taken.

**1700 Addendum:** Per Stone County Children's Division supervisor, Tynee Johnson, the Stone County Juvenile Officer, Shannon Doyle, took custody of the baby and notified mother of baby by phone (without informing hospital staff first). Mom Lacy verbalized not understanding why they were taking custody and claimed to not have been told about the positive drug test. A woman who said she was Lacy's sister, the woman who Lacy has been staying with, and another female visitor verbalized being upset about the situation.

Apparently, a Greene County investigator came to the hospital today and talked with Lacy but also never notified hospital staff. The Greene County worker was involved due to a request from Stone county prior to the on-call worker for the Stone county circuit came to see Lacy around 2 AM. The Greene County worker apparently provided no information regarding taking custody so they were not expecting that when the Juvenile Officer called. Tynee Johnson said she would inform Shannon Doyle that is not the appropriate way to inform a mother. I later informed Shannon that the hospital staff is also not responsible for that role. The foster care case manager, Wren Armstrong, has now been requested to come to the hospital to speak with Lacy and family. I informed the security desk about the situation and would recommend that security stand by when Wren talks to them. Foster care arrangements have been made and info added to the sticky note for expected discharge of baby tomorrow. Evening social worker to put documentation (Authorization for Alternative Care, travel letter, and Medicaid letter) on baby's paper lite chart.

Jenifer Hill-Denney, MSW LCSW
Mercy Mobile phone 417-838-7513

Electronically signed by Hill Denney, Jenifer J., LCSW at 7/29/2016 11:43 AM
Electronically signed by Hill Denney, Jenifer J., LCSW at 7/29/2016 5:16 PM

**Care Plan by Hill Denney, Jenifer J., LCSW at 7/29/2016 11:43 AM**     Version 1 of 2

| | | |
|---|---|---|
| Author: Hill Denney, Jenifer J., LCSW | Service: (none) | Author Type: Social Worker |
| Filed: 7/29/2016 11:43 AM | Note Time: 7/29/2016 11:43 AM | Status: Signed |
| Editor: Hill Denney, Jenifer J., LCSW (Social Worker) | | |
| Related Notes: Addendum by Hill Denney, Jenifer J., LCSW (Social Worker) filed at 7/29/2016 5:16 PM | | |

**General Plan of Care (Adult, Obstetrics)**
•Identify Discharge Needs                                    Progressing

SPRG HEALTH INFORMATION
MANAGEMENT
1235 E. Cherokee St.

WHEELER,LACY ANN
MRN: E1401600776

Printed by 13761 at 10/21/16 4:02 PM



MISSOURI DEPARTMENT OF SOCIAL SERVICES
CHILDREN'S DIVISION
FAMILY SUPPORT TEAM MEETING

Family Name: Whitely / Wheeler          Date: 8/24/16

CONFIDENTIALITY STATEMENT: We the undersigned are participants in the FSTM for the _____
family. We understand we have the family's permission to share information here today that will help the family meet their goals. We also understand and agree to keep this information confidential pursuant to the confidentiality laws and policies of the State of Missouri. This form should be signed by all participants at the beginning of the meeting. At the conclusion of the meeting, participants should indicate whether or not they agree with the plan by checking yes or no in the appropriate box.

| Participant Invited | Relationship to Family | *Agree with Plan? | Signature Signifying Attendance and Agreement with Confidentiality Statement |
|---|---|---|---|
| Tessa DaCosta | FCMS | ☒ Yes ☐ No | Tessa D |
| Kari Beiwalck | FCMS-PM | ☒ Yes ☐ No | Kary J Brulil |
| Shannon Doyee | JO | ☒ Yes ☐ No | Sh Dyen |
| Bree Wilson | CD-DS | ☒ Yes ☐ No | Bree Wilson |
| Jessica Whitley | aunt (paternal) | ☒ Yes ☐ No | Jessica Whiteley |
| Ryan Whiteley | uncle (paternal) | ☒ Yes ☐ No | Ryn Whit |
| Cheri Norton | foster Mom | ☒ Yes ☒ No | Cheri L. Nort |
| Jenny Wheeler und | mother | ☐ Yes ☐ No | |
| Tabitha Stark | Aunt/support team | ☒ Yes ☐ No | Tabitha Stark |
|  |  | ☐ Yes ☐ No | |
|  |  | ☐ Yes ☐ No | |
|  |  | ☐ Yes ☐ No | |
|  |  | ☐ Yes ☐ No | |
|  |  | ☐ Yes ☐ No | |
|  |  | ☐ Yes ☐ No | |
|  |  | ☐ Yes ☐ No | |

*If indicated do not agree with the case plan, specifically state the nature of disagreement:

| Participant's Name | Nature of Disagreement |
|---|---|
|  |  |
|  |  |

| Date/Time of Next Meeting | Location of Next Meeting |
|---|---|
| September 21st @ 2:30 | Stone Co CD |

Family Name: _____          Date: _____

Goal: Reunification          1

FST 3 (REV12/15)

Case 6:17-cv-03211-MDH    Document 1-3    Filed 07/17/17    Page 15 of 28

**Resource Provider Update:**

Hayden is growing

**Progress/Services/Treatment Needs Necessary to Achieve Permanency:**

Mom showed up @ 2:15 - meeting scheduled @ 1:30
Refuses to go to treatment

**Written Service Agreement:**

Refuses to sign

☐ **Review of Court Orders:**

**VISITATION RECOMMENDATIONS:**

| Who Will Visit | Supervised Yes/No | If Supervised by Whom | Frequency/Duration/Location |
|---|---|---|---|
| ☐ Parent #1 | ☐ Yes ☐ No | | judge ordered inpatient |
| ☐ Parent #2 | ☐ Yes ☐ No | | treatment before |
| ☐ Sibling | ☐ Yes ☐ No | | visits would be established |
| ☐ Other: _____ | ☐ Yes ☐ No | | |

**PERMANENCY PLAN:**

☒ Reunification ☐ Adoption ☐ Guardianship ☐ Placement with Fit and Willing Relative
☐ Another Planned Permanent Living Arrangement

**CONCURRENT PLAN:**

☒ Adoption ☐ Guardianship ☐ Placement with Fit and Willing Relative
☐ Another Planned Permanent Living Arrangement

**RECOMMENDATIONS:**

☒ The child will remain in alternative care with the following provider: Cheri Norton
☐ The child will return home on a Trial Home Visit with ☐ Mother / ☐ Father / ☐ Other

3

FST 3 (REV12/15)

**TYPE OF MEETING:**

☐ 24 Hour ☒ 30 Day ☐ 60 Day ☐ 90 Day ☐ 6 Month/PPRT ☐ Review Progress
☐ Placement Change ☐ Goal Change ☐ Revise Service Agreement ☐ At the parent's request
☐ Other: _____

| PURPOSE OF MEETING | GROUND RULES |
|---|---|
| Assessing safety of the child | Be respectful of each other |
| Determine if the child can be reunited | One person speaks at a time |
| Discuss case goal and need for permanency | Focus on the purpose |
| Determine service and treatment needs | Everyone has a chance to speak and be heard |
| Review placement options and appropriateness | It is ok to disagree |
| Develop/Review/Revise case plan | Speak to each other, not about each other |
| Evaluate case progress | Encourage honesty without blaming or shaming |
| Review of services needed/in place | No idea is a bad idea |
| Develop/Review visitation plan | Ideas should not be judged |

☐ *Adoption and Safe Families Act* discussed.

☐ *Indian Child Welfare Act*

- Does the child have Indian Ancestry? ☐ Yes ☐ No

**Reason for Removal/Identified Threats of Danger:**


**SUMMARY OF PROGRESS**

**Child Education:**

Newborn - w/ amphatamines in system
hyperbolic - Jittery - hyperbaric treatment - pediatrician

**Child Health/Mental Health/Child Vulnerability:** not fussy - up to 4 oz
1st Steps Referral -
6 lb 3 oz gained to 7 lb 9.6 oz

**Parents' Health/Mental Health/Caregiver Protective Capacity:**

Mom didn't answer phone -

**Special Needs of the Family (if applicable):**


**Diligent Search (absent parent, relatives, kin):**

Dad - Greene CO Jail waiting to go to DOC
paternal aunt + uncle - previously licensed 5/11/82 : DOB
² - Kinship - 2011 -
DVN: ~~121~~ ~~91187~~

FST 3 (REV12/15)

**Resource Provider Update:** 30 day inpatient, Wants to give belongings to second child

**Progress/Services/Treatment Needs Necessary to Achieve Permanency:**
Blackfoot on mother's side - look up

**Compliance with Written Service Agreement:**
Judge

☐ Review of Court Order to Assure Compliance:

**VISITATION RECOMMENDATIONS:**

| Who Will Visit | Supervised Yes/No | If Supervised by Whom | Frequency/Duration/Location |
|---|---|---|---|
| ☐ Parent #1 | ☐ Yes ☐ No | | |
| ☐ Parent #2 | ☐ Yes ☐ No | | |
| ☐ Sibling | ☐ Yes ☐ No | | |
| ☐ Other: ____ | ☐ Yes ☐ No | | |

**ERMANENCY PLAN:**

☐ Reunification ☐ Adoption ☐ Guardianship ☐ Placement with Fit and Willing Relative
☐ Another Planned Permanent Living Arrangement

**ONCURRENT PLAN:**

☐ Adoption ☐ Guardianship ☐ Placement with Fit and Willing Relative
☐ Another Planned Permanent Living Arrangement

**ECOMMENDATIONS:**

The child will remain in alternative care with the following provider: _____

The child will return home on a Trial Home Visit with ☐ Mother / ☐ Father / ☐ Other _____

3

Lacy
17-324-8644       222 Brown Springs Rd
                              Billings

FST 3 (REV 8/15)

# RESIDENTIAL REAUTHORIZATION ATTACHMENT

**REASON FOR RESIDENTIAL PLACEMENT** (List specific behaviors that lead to residential placement):

## LIST SPECIFIC SERVICES IN PLACE:

| SERVICE | FREQUENCY (weekly, bi-weekly, monthly) |
|---|---|
| ☐ Individual Therapy | _____ |
| ☐ Family Therapy | _____ |
| ☐ Group Therapy – List specific group participation: | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| ☐ Art Therapy | _____ |
| ☐ Substance Abuse Treatment | _____ |
| ☐ Sexual Offender Services | _____ |
| ☐ Other | _____ |

> The FST should be choosing the services/therapies the child is involved in to ensure they are directly relating to the problem/reason for referral.

Are the services in place still necessary to address the problem/reason for referral?  ☐ Yes  ☐ No

## RFA Payment Level

☐ Level II   ☐ Level III   ☐ Level IV   ☐ Level IV+

Is the child receiving the correct amount of services for the payment level?  ☐ Yes  ☐ No
     Level II – services one time per week
     Level III – services six times per month
     Level IV – services twice per week

CSPI score: _____

Rehab Begin Date in FACES: _____

4

FST 3 (REV12/15)

Case 6:17-cv-03211-MDH    Document 1-3    Filed 07/17/17    Page 19 of 28



MISSOURI DEPARTMENT OF SOCIAL SERVICES
CHILDREN'S DIVISION
**SERVICE DELIVERY GRIEVANCE**

## IDENTIFYING INFORMATION (TO BE COMPLETED BY GRIEVANT)

| NAME | HOME TELEPHONE NUMBER | WORK TELEPHONE NUMBER |
|---|---|---|
| Lacy Wheeler | 417-366-8206 | N/A |

| HOME ADDRESS | CHILDREN'S SERVICE WORKER | CHILDREN'S SERVICE SUPERVISOR |
|---|---|---|
| 272 Brown Springs Rd | Lauren Armstrong | Jesse DeCosta |

| COUNTY | SSN | DCN |
|---|---|---|
| Lawerence | 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 | FOR OFFICE USE ONLY |

**TYPE OF SERVICES RECEIVING (CHECK ALL THAT APPLY)**

☐ Family-Centered Services     ☐ Family Reunion Services     ☑ Child Abuse/Neglect
☐ Family-Centered Out-of-Home Care     ☐ Adoption Services and Guardianship Services     Investigations and Family
☐ Intensive In-Home Services     ☐ Independent Living Services     Assessments

## SECTION A. (TO BE COMPLETED BY GRIEVANT)

**GRIEVANCE ISSUE**

BRIEFLY DESCRIBE THE SITUATION WHICH CAUSED YOU TO FILE THIS GRIEVANCE. INCLUDE DATE, WHERE IT HAPPENED, AND NAMES OF THOSE INVOLVED. USE ADDITIONAL SHEETS IF NECESSARY.

She illegally obtained custody of my child
(hours after) protective custody had expired.
She and a security guard came to my
room and demanded and took my child.
and were not listening to my (directee)
This was at Mercy hospital in springfield mo

**DESIRED OUTCOME**

STATE WHAT YOU WOULD LIKE TO HAVE HAPPEN WITH REGARD TO ABOVE GRIEVANCE. USE ADDITIONAL SHEETS IF NECESSARY.

my child be returned and she be fired
she illegally took my child and its state
law she cannot take custody of a child.

**ATTEMPTS TO RESOLVE ISSUE**

DESCRIBE ALL ACTIONS THAT HAVE BEEN TAKEN TO RESOLVE THE ISSUE. INCLUDE DISCUSSIONS WITH WORKER, THEIR SUPERVISOR, AND MEMBERS OF THE FAMILY SUPPORT TEAM. USE ADDITIONAL SHEETS IF NECESSARY.

| GRIEVANT SIGNATURE | DATE |
|---|---|
| | 8/8/16 |




Dropped 8/8/16
fb EB

MISSOURI DEPARTMENT OF SOCIAL SERVICES
CHILDREN'S DIVISION
**SERVICE DELIVERY GRIEVANCE**

**IDENTIFYING INFORMATION (TO BE COMPLETED BY GRIEVANT)**

| NAME | HOME TELEPHONE NUMBER | WORK TELEPHONE NUMBER |
|---|---|---|
| Lacy Wheeler | 817-3100-0266 | N/A |
| HOME ADDRESS | CHILDREN'S SERVICE WORKER | CHILDREN'S SERVICE SUPERVISOR |
| 222 Braun Springs rd | Shannon Doyle | Tessa DeCosta |
| COUNTY | SSN | DCN |
| Stone | 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 | FOR OFFICE USE ONLY |

TYPE OF SERVICES RECEIVING (CHECK ALL THAT APPLY)
- [ ] Family-Centered Services
- [ ] Family-Centered Out-of-Home Care
- [ ] Intensive In-Home Services
- [ ] Family Reunion Services
- [ ] Adoption Services and Guardianship Services
- [ ] Independent Living Services
- [x] Child Abuse/Neglect Investigations and Family Assessments

**SECTION A. (TO BE COMPLETED BY GRIEVANT)**

**GRIEVANCE ISSUE**
BRIEFLY DESCRIBE THE SITUATION WHICH CAUSED YOU TO FILE THIS GRIEVANCE. INCLUDE DATE, WHERE IT HAPPENED, AND NAMES OF THOSE INVOLVED. USE ADDITIONAL SHEETS IF NECESSARY.

Shannon Doyle; Silvanle officer;
7/29/16 Mercy Hospice springfield mo;
I was heavily medicated and under duress
when Ms. Doyle had invaded a CS-33 form and
was harassed, bombarded, and inquired by many
4 different case workers from different counties
all at different times. were coming into my unpublished
room and denying services.

**DESIRED OUTCOME**
STATE WHAT YOU WOULD LIKE TO HAVE HAPPEN WITH REGARD TO ABOVE GRIEVANCE. USE ADDITIONAL SHEETS IF NECESSARY.

The Childrens division does not have authority under
State law to take child into custody; nor in no even
Shall an employee of the division acting upon his own Remove
under the provisions of this act. 210.125mo

**ATTEMPTS TO RESOLVE ISSUE**
DESCRIBE ALL ACTIONS THAT HAVE BEEN TAKEN TO RESOLVE THE ISSUE. INCLUDE DISCUSSIONS WITH WORKER, THEIR SUPERVISOR, AND MEMBERS OF THE FAMILY SUPPORT TEAM. USE ADDITIONAL SHEETS IF NECESSARY.

RECEIVED

AUG 0 8 2016

STONE COUNTY

MERCY HOSPITAL SPRINGFIELD
1235 E. Cherokee St.
Springfield MO 65804-2203

WHITELEY,HAYDEN DODGE
MRN: E1404097224
DOB: 7/28/2016, Sex: F
Adm: 7/28/2016, D/C: 7/30/2016

## Problem List (continued)

### All Problems (continued)
Date Reviewed: **7/29/2016**

| | | | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| | | | Entered by Burson, John M, MD | |

Overview Signed 7/29/2016  8:37 AM by Burson, John M, MD

Meth positive on July 11, 2016
MJ Pos on admission
DFS involved.

| High risk social situation | | | 7/29/2016 - Present | 7/29/2016 by Burson, John M, MD |
|---|---|---|---|---|
| | | | Entered by Burson, John M, MD | |
| Limited prenatal care | | | 7/29/2016 - Present | 7/29/2016 by Burson, John M, MD |
| | | | Entered by Burson, John M, MD | |

Overview Signed 7/29/2016  8:38 AM by Burson, John M, MD
Labs pending

### Patient History

**Medical**
as of 7/30/2016
**None**

**Surgical**
as of 7/30/2016
**None**

**Family**
as of 7/30/2016
**None**

**Family Status**
as of 7/30/2016
**None**

| Tobacco Use | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|---|
| as of 7/30/2016 | Never Assessed | | | 0.0 | 0.0 | | | | Unknown | |

| Alcohol Use | Alcohol Use | Source | Drinks/Week | | Alcohol/Wk | Comments |
|---|---|---|---|---|---|---|
| as of 7/30/2016 | | | | | | |

| Drug Use | Drug Use | Source | Types | | Frequency | Comments |
|---|---|---|---|---|---|---|
| as of 7/30/2016 | | | | | 0.00 | |

MERCY HOSPITAL SPRINGFIELD
1235 E. Cherokee St.
Springfield MO 65804-2203

WHITELEY,HAYDEN DODGE
MRN: E1404097224
DOB: 7/28/2016, Sex: F
Adm: 7/28/2016, D/C: 7/30/2016

## Nursing Notes (continued)

**Progress Notes by Collins V, Crystal, RN at 7/30/2016 8:06 PM (continued)**          Version 1 of 1

notified that the infant would be staying in the room until discharge.

At 1700 on 7/30/2016 Wren Armstrong arrived on the floor along with the foster parents for Hayden (infant) and stated that she was here to collect the infant. RN stated that she did not have a discharge order and Ms. Armstrong became upset and demanded that Dr. Andrews be called and a discharge order be requested since the infant was medically sound, even though the mother was not yet being discharged. RN contacted Dr. Andrews who wrote a discharge order pending clearance from Mercy Social Services. RN placed a stat page to Mercy Social Services and Nicole stated that it was shift change, but she would have the oncoming social worker contact the floor. RN offered to allow the foster parents and Ms. Armstrong to sit in the closest waiting room by labor and delivery to increase their comfort, but they initially refused, however, they left the floor and went to the waiting area approximately 10 minutes later.

Nicole with Mercy Social Work called RN back and stated that she was working on contacting Shelia Dullum to aid in this matter. Sheila Dullum called and spoke with this RN and clarified situation and then asked to speak with Ms. Armstrong. This RN went to waiting room and asked Ms. Armstrong to accompany her back to floor to speak with Sheila. When Sheila finished speaking with Ms. Armstrong she spoke with the RN again and stated that we needed to obtain photo ID's from Ms. Armstrong and the foster parents. RN obtained ID from Ms. Armstrong. Ms. Armstrong then requested to speak with Ms. Wheeler, while RN was obtaining the photo ID's of the foster parents from the waiting room. RN asked that Ms. Armstrong wait to speak with Mrs. Wheeler until she would be available for support to Mrs. Wheeler. Ms. Armstrong agreed.

After RN returned to unit, Ms. Armstrong was permitted to speak with Ms. Wheeler. Ms. Wheeler was very upset and requested to be discharged. Paula Nelson with Mercy Social Work arrived on floor and was briefed on the situation by this RN. At 1755 Mrs. Armstrong exited Ms. Wheeler's room and stated that she was giving them 15 minutes to say goodbye. At 1810 Ms. Armstrong removed the infant from the room. At this time the family of Ms. Wheeler expressed concern that taking the infant was not legal and Paula Nelson, contacted risk management. After being cleared by risk management. The footprint sheet was validated against the infant tags and signed by two RN's. Bracelet's were cut off the infant and given to MOB along with a copy of the footprints and the crib card.

Electronically signed by Collins V, Crystal, RN at 7/30/2016 8:06 PM

**Progress Notes by Collins V, Crystal, RN at 7/30/2016 8:06 PM**          Version 1 of 1

Author: Collins V, Crystal, RN          Service: (none)          Author Type: Registered Nurse
Filed: 7/30/2016 8:08 PM          Note Time: 7/30/2016 8:06 PM          Status: Signed
Editor: Collins V, Crystal, RN (Registered Nurse)

Patient discharged to care of Wren Armstrong with Springfield Partners Alternative Care via carried in an infant seat. No change in condition. Discharge information and education provided to Ms. Armstrong and foster parents. Questions answered, understanding of discharge instruction verbalized. Printed copy given.

Electronically signed by Collins V, Crystal, RN at 7/30/2016 8:08 PM

SPRG HEALTH INFORMATION
MANAGEMENT
1235 E. Cherokee St.

WHITELEY,HAYDEN DODGE
MRN: E1404097224

Printed by 62585 at 8/4/16 10:07 AM

MERCY HOSPITAL SPRINGFIELD
1235 E. Cherokee St.
Springfield MO 65804-2203

WHITELEY,HAYDEN DODGE
MRN: E1404097224
DOB: 7/28/2016, Sex: F
Adm: 7/28/2016, D/C: 7/30/2016

## Non-Physician Notes (continued)

**Care Plan by Hill Denney, Jenifer J., LCSW at 7/29/2016 11:33 AM (continued)** Version 2 of 2

informing hospital staff first). Mom Lacy verbalized not understanding why they were taking custody and claimed to not have been told about the positive drug test. A woman who said she was Lacy's sister, the woman who Lacy has been staying with, and another female visitor verbalized being upset about the situation.

Apparently, a Greene County investigator came to the hospital today and talked with Lacy but also never notified hospital staff. The Greene County worker was involved due to a request from Stone county prior the on-call worker for the Stone county circuit came to see Lacy around 2 AM. The Greene County worker apparently provided no information regarding taking custody so they were not expecting that when the Juvenile Officer called. Tynee Johnson said she would inform Shannon Doyle that is not the appropriate way to inform a mother. I later informed Shannon that the hospital staff is also not responsible for that role. The foster care case manager, Wren Armstrong, has now been requested to come to the hospital to speak with Lacy and family. I informed the security desk about the situation and would recommend that security stand by when Wren talks to them. Foster care arrangements have been made and info added to the sticky note for expected discharge of baby tomorrow. Evening social worker to put documentation (Authorization for Alternative Care, travel letter, and Medicaid letter) on baby's paper lite chart.

Jenifer Hill-Denney, MSW LCSW
Mercy Mobile phone 417-838-7513

Electronically signed by Hill Denney, Jenifer J., LCSW at 7/29/2016 11:42 AM
Electronically signed by Hill Denney, Jenifer J., LCSW at 7/29/2016 5:16 PM

**Care Plan by Hill Denney, Jenifer J., LCSW at 7/29/2016 11:33 AM** Version 1 of 2

Author: Hill Denney, Jenifer J.,      Service: (none)                Author Type: Social Worker
LCSW
Filed: 7/29/2016 11:42 AM        Note Time: 7/29/2016 11:33 AM     Status: Signed
Editor: Hill Denney, Jenifer J., LCSW (Social Worker)
Related Notes:    Addendum by Hill Denney, Jenifer J., LCSW (Social Worker) filed at 7/29/2016 5:16 PM

**General Plan of Care (Newborn, NICU)**
•Identify Discharge Needs                          Progressing

Social work consult received for this mother who had a positive UDS for meth 7/11/16 and 12/9/15, positive for cannabinoids at delivery, and does not have custody of other children. I spoke with mom Lacy and her friend/roommate and confirmed that someone from Children's Division saw her last night, for the Newborn Crisis Assessment. She verbalized that the concern is related to positive drug tests but that it was a false positive due to her medication. They verbalized having necessary baby items. She plans to move to Oklahoma. Lacy denied need for any community resource information.

Phone calls to Christian county, Taney county, and Lawrence County Children's Divisions to try to speak with Crystal Kennedy who was on call last night for the circuit and was assigned. I spoke with supervisor, Gabriel, from Lawrence county and confirmed that the family address in Billings is in Stone County. He said the juvenile office for Stone county plans to take custody of the baby. He said I will be faxed custody paperwork today. I will request that Children's Division inform mother of baby when custody is taken.

MERCY HOSPITAL SPRINGFIELD
1235 E. Cherokee St.
Springfield MO 65804-2203

WHITELEY,HAYDEN DODGE
MRN: E1404097224
DOB: 7/28/2016, Sex: F
Adm: 7/28/2016, D/C: 7/30/2016

## Nursing Notes (continued)

**Care Plan by Collins V, Crystal, RN at 7/30/2016 4:24 PM (continued)** Version 1 of 1

hours with appropriate latch and according to feeding cues. If
formula feeding: Newborn receives a minimum of 0.5-1 oz of
formula per feed on demand with intervals between feedings not
exceeding 4 hours the first few days of life. Feedings are tolerated
without difficulty.

Newborn Metabolic: Newborn displays no evidence of jaundice or

•appropriate treatment or discharge follow up plan is identified if       Met
jaundice present.

•Pain Management: NIPS score calculated less than 2.                       Met


**General Plan of Care (Newborn, NICU)**
•Individualization/Patient-Specific Goal (Newborn, NICU)          Progressing
•Plan of Care Review (Pediatric, Newborn, NICU)                  Progressing
•Identify Discharge Needs                                        Progressing

**Newborn (NICU,Pediatric)**
•Prevent/Manage Potential Problems                              Progressing


Electronically signed by Collins V, Crystal, RN at 7/30/2016 4:24 PM

**Progress Notes by Collins V, Crystal, RN at 7/30/2016 8:06 PM**                    Version 1 of 1

Author: Collins V, Crystal, RN       Service: (none)           Author Type: Registered Nurse
Filed: 7/30/2016 8:06 PM             Note Time: 7/30/2016 8:06 PM      Status: Signed
Editor: Collins V, Crystal, RN (Registered Nurse)


Wren Armstrong with Springfield Partners Alternative care called on 7/29 stated that she would come speak to
the family between 1800 and 1900 on 7/29/2016 about the state taking custody. Per patient request, this RN
attempted to call Ms. Armstrong to confirm appointment at 1830, but only reached a voicemail box, where a
message was left requesting that she confirm appointment or reschedule. Ms. Armstrong did not visit with the
patient on 7/30/2016.

RN was contacted by Jessie Davis, Springfield Partners Alternative Care representative at approximately 1200.
Stated that she was following up concerning the Wheeler Baby, and that she wanted to speak with the mother
by phone regarding the state taking custody of the infant. RN stated that relaying this information over the
phone was inappropriate. Jessie stated that she would come up to the hospital around 1300 to speak with the
patient directly.

Jessie Davis arrived on the floor at approximately 1300 and spoke with Ms. Wheeler and informed her that the
state would be taking custody. Ms. Wheeler was upset, but understanding in the end. Jessie Davis came out
and informed this RN that she was fine with the infant staying in the room until discharge, which was scheduled
to be on 7/31/2016 at the same time the mother was discharged. Kim Harms with Mercy Social Services was

SPRG HEALTH INFORMATION
MANAGEMENT
1235 E. Cherokee St.

WHITELEY,HAYDEN DODGE
MRN: E1404097224

1235 E. Cherokee St.
Springfield MO 65804-2203

MRN: E1404097224
DOB: 7/28/2016, Sex: F
Adm: 7/28/2016, D/C: 7/30/2016

## Non-Physician Notes (continued)

**Care Plan by Harms, Kimberly S, LCSW at 7/30/2016 11:55 AM (continued)**      Version 4 of 4
Cell: 417-844-6648

Electronically signed by Harms, Kimberly S, LCSW at 7/30/2016 11:58 AM
Electronically signed by Harms, Kimberly S, LCSW at 7/30/2016 4:33 PM
Electronically signed by Harms, Kimberly S, LCSW at 7/31/2016 8:01 AM
Electronically signed by Harms, Kimberly S, LCSW at 7/31/2016 8:20 AM

**Care Plan by Harms, Kimberly S, LCSW at 7/30/2016 11:55 AM**                          Version 3 of 4
Author: Harms, Kimberly S, LCSW   Service: (none)            Author Type: Social Worker
Filed: 7/31/2016 8:01 AM              Note Time: 7/30/2016 11:55 AM   Status: Addendum
Editor: Harms, Kimberly S, LCSW (Social Worker)
Related Notes:    Addendum by Harms, Kimberly S, LCSW (Social Worker) filed at 7/31/2016 8:20 AM
                  Original Note by Harms, Kimberly S, LCSW (Social Worker) filed at 7/30/2016 4:33 PM

MSWS NOTE:
Received call from nurse caring for MOB and baby today. She indicates MOB upset stating she does not know
what is going on. I called the Springfield Partners/Alternative care worker Wren who told me to call the on call
worker at 827-8203 which I did. She will call the MOB and review with her the plan. Once that is done she is
to call me back and let me know we can proceed with notifying the foster mother and arrange to discharge the
baby.

Addendum: Springfield Partners/Alternative Care worker did come and talk with MOB today. Nursing told me
MOB and baby will not discharge until tomorrow.

Addendum: Noted documentation and issues that occurred after I had left for the day yesterday. I am
somewhat uncertain as to where the Springfield Partners got the idea that baby was to discharge yesterday. It
was my understanding that they would not come to get the baby until they had contacted SW or nursing to
clarify when baby and mother were to discharge. At no time did I tell them that baby was ready for discharge
yesterday.
Kim Harms, MSW, LCSW
Office: 417-820-7941
Cell: 417-844-6648

Electronically signed by Harms, Kimberly S, LCSW at 7/30/2016 11:58 AM
Electronically signed by Harms, Kimberly S, LCSW at 7/30/2016 4:33 PM
Electronically signed by Harms, Kimberly S, LCSW at 7/31/2016 8:01 AM

**Care Plan by Harms, Kimberly S, LCSW at 7/30/2016 11:55 AM**                          Version 2 of 4
Author: Harms, Kimberly S, LCSW   Service: (none)            Author Type: Social Worker
Filed: 7/30/2016 4:33 PM              Note Time: 7/30/2016 11:55 AM   Status: Addendum
Editor: Harms, Kimberly S, LCSW (Social Worker)
Related Notes:    Addendum by Harms, Kimberly S, LCSW (Social Worker) filed at 7/31/2016 8:01 AM
                  Original Note by Harms, Kimberly S, LCSW (Social Worker) filed at 7/30/2016 11:58 AM

SPRG HEALTH INFORMATION
MANAGEMENT
1235 E. Cherokee St.

WHITELEY,HAYDEN DODGE
MRN: E1404097224

Printed by 62585 at 8/4/16 10:07 AM

RECEIVED

AUG 0 8 2016

STONE COUNTY

MERCY HOSPITAL SPRINGFIELD
1235 E. Cherokee St.
Springfield MO 65804-2203

WHITELEY,HAYDEN DODGE
MRN: E1404097224
DOB: 7/28/2016, Sex: F
Adm: 7/28/2016, D/C: 7/30/2016

Mercy Hospital Springfield, 1235 E Cherokee St, Springfield MO 65804-2...    5AMTH-401655104-01A    C

  

## Discharge Information
**7/28/2016**                    GIRL1Lacy Wheeler | MRN: E1404097224

### Admission Information

| | Department |
|---|---|
| 7/28/2016 | Sprg 5a Mothers Unit |

By signing below, I (patient or responsible care party) acknowledge that a copy of the Discharge Instructions with the After Visit Summary has been provided and explained to me. I have had all my questions answered to my satisfaction. I understand the plan of care:

Signature: _____
Date and Time: _____ 7-30-16 _____ 6pm

Driver Signature: _____

Date and Time: _____

Nurse Signature: _____
Date and Time: _____ 7-30-16 _____ 18.52

Page 1 of 1    C

Scan on 7/31/2016  9:51 PM (below)

MISSOURI DEPARTMENT OF SOCIAL SERVICES
MO HEALTHNET DIVISION
**HEALTHY CHILDREN AND YOUTH SCREENING GUIDE**
**2-3 MONTHS**

| DATE 8/9/16 | NAME Whiteley, Jayden | DATE OF BIRTH 7/28/16 |
|---|---|---|
| MO HEALTHNET NUMBER | | MEDICAL RECORD NUMBER |

| TEMP | RR | | HEIGHT 19.8 " | % | BMI | ALLERGIES ☑ NKDA |
|---|---|---|---|---|---|---|
| PULSE | HEAD CIRC | % | WEIGHT 6 lb 8 oz | % | | MEDICATIONS ☑ NONE |

**I. INTERVAL HISTORY/PARENT'S CONCERNS:**   COMMENTS

Sleeping: _____
Activity: _____
Child Care: _____
Family High Risk Factors:* _____

Parent's Concerns: _____

Nutrition: ☐ Breast _____ min/feeding _____ times per day   ☐ WIC Referral
☑ Formula: _____ , _____ oz/feeding _____ times per day
Output: Urine: _____   Stools: _____
Diaper Rash: _____

**II. UNCLOTHED PHYSICAL EXAM:** ☐ Check Growth Chart   8/8/16

| SYSTEM | NL | ABN | NE | COMMENTS |
|---|---|---|---|---|
| General | | | | |
| Skin | | | | |
| Head | | | | Newborn well check, under 8 days old |
| Eyes | | | | High risk social situation |
| Ears | | | | In utero drug exposure |
| Nose | | | | |
| Oropharynx | | | | |
| Neck | | | | |
| Lungs | | | | |
| Heart | | | | |
| Pulses | | | | |
| Abdomen | | | | |
| Back | | | | |
| GU | | | | |
| Skeletal | | | | |
| Neuro | | | | |

| SIGNATURE | DATE |
|---|---|

MO 886-3989 (10-07)